IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JASON FLANARY,<br><br>        Defendant. | 8:13CR104<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>TIMOTHY DEFOGGI, and<br>ZACKARY AUSTIN,<br><br>        Defendants. | 8:13CR105<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>RUSSELL GLENN PIERCE,<br>DAVID WILLIAM PEER,<br>JOHN DOE # 3,<br>JOHN DOE # 4,<br>JOHN DOE # 5,<br>JOHN DOE # 6,<br>JOSHUA WELCH, and<br>THOMAS SPENCER,<br><br>        Defendants. | 8:13CR106<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHN DOE # 1,<br>JOHN DOE # 2,<br>JOHN DOE # 3,<br>VINCENT DIBERARDINO,<br>JOHN DOE # 5, | 8:13CR107<br><br><br>ORDER |

| | |
|---|---|
| **MICHAEL HUYCK,**<br>**JOHN DOE # 7,**<br>**JOHN DOE # 8,**<br>**BRANDON MOORE,**<br>**JOHN SEBES, and**<br>**GARY REIBERT,**<br><br>                    **Defendants.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>     vs.<br><br>**KIRK COTTOM,**<br>**JOHN DOE # 2, and**<br>**KEVIN M. PITMAN**<br><br>                    **Defendants.** | **8:13CR108**<br><br><br><br>**ORDER** |

This matter is before the court on the United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108).   Upon consideration,

**IT IS ORDERED**:

1.   The United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108) is granted in all cases.

2.   The Clerk of the District Court is directed to replace the publicly available Indictments and Superseding Indictments in the above-referenced cases with the redacted Indictments and Superseding Indictments set forth in the United States of America's Indices of Evidence (Filing No. 34 - Ex. 1 in 8:13CR104; Filing No. 40 - Ex. 2 in 8:13CR105; Filing No. 68 - Exs. 3 and 4 in 8:13CR106; Filing No. 91 - Exs. 5 and 6 in 8:13CR107; Filing No. 49 - Exs. 7 and 8 in 8:13CR108).

Dated this 14th day of June, 2013.

                                                            BY THE COURT:

                                                             s/ Thomas D. Thalken
                                                            United States Magistrate Judge