IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ZACKARY AUSTIN,<br><br>                Defendant. | **8:13CR105**<br><br>**ORDER** |

       This matter is before the Court on a letter/pleading wherein the defendant alleges claims of ineffective assistance of his counsel in this case.  As a result, the Court is instructing the Clerk of Court to file this as a motion for habeas corpus relief pursuant to 28 U.S.C. § 2255.  The Clerk of Court is further ordered to send a copy of the appropriate § 2255 forms to the defendant at his current or last known address.  The defendant is ordered to fill out and return the appropriate paperwork to the Clerk of Court, if he desires to pursue this matter pursuant to 28 U.S.C. § 2255, within 45 days of the date of this Order.  If the defendant fails to file the paperwork within that time frame, the Clerk of Court is ordered to strike defendant's letter/pleading alleging the claims of ineffective assistance of counsel.

       IT IS SO ORDERED.

       Dated this 19th day of November, 2014

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge