Defendant: ZACKARY AUSTIN  
Case Number: 8:13CR105-002

Page 2 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred ninety-two (192) months, to be served concurrent to the sentence imposed by the United States District Court of Nevada, case number 3:11CR139.**

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be incarcerated in a federal facility as close to Reno, NV as possible. The court suggests FCI Englewood, CO.

2. Defendant should be given credit for time served.

(X)   The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, 20___.

_____  
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 24 day of December, 20 14 to F.B.O.P. / F.C.I. La Tuna, with a certified copy of this judgment.

Rachel Chapa  
UNITED STATES WARDEN

BY: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this ____ day of _____, 20___.

_____  
UNITED STATES WARDEN

BY: _____