IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ZACKARY AUSTIN,<br><br>                    Defendant. | **8:13CR105**<br><br>**ORDER** |

This matter is before the Court on defendant's motion for copies, Filing No. 304. The Court previously struck defendant's motion for failure to file the appropriate 28 U.S.C. § 2255 application. See Filing Nos. 258 and 303. Accordingly, there is currently no motion pending before this Court.

THEREFORE, IT IS ORDERED THAT:

(1) Defendant's motion for copies, Filing No.304, is denied; and

(2) The Clerk of Court is ordered to again send copies of Filing Nos. 258 and 303 to the defendant.

Dated this 21st day of September, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge