# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 28, 2023

Zackary Austin
FEDERAL CORRECTIONAL INSTITUTION
46426-048
3600 Guard Road
Lompoc, CA  93436-0000

     RE:  23-1383  United States v. Zackary Austin

Dear Mr. Austin:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

     Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

     Please contact us if you have any questions about the case.

                     Michael E. Gans
                     Clerk of Court

CJO

Enclosure(s)

cc:    Ms. Jennifer L. Gilg (Information Only)
       Ms. Denise M. Lucks
       Mr. Michael P. Norris

       District Court/Agency Case Number(s):  8:13-cr-00105-JFB-2

**Caption For Case Number:   23-1383**

United States of America

   Plaintiff - Appellee

v.

Zackary Austin, also known as slutcpl, also known as kinky_cpl

   Defendant - Appellant

**Addresses For Case Participants:   23-1383**

Zackary Austin
FEDERAL CORRECTIONAL INSTITUTION
46426-048
3600 Guard Road
Lompoc, CA  93436-0000

Ms. Jennifer L. Gilg
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 300N
222 S. 15th Street
Omaha, NE  68102-1335

Ms. Denise M. Lucks
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000

Mr. Michael P. Norris
U.S. ATTORNEY'S OFFICE
District of Nebraska
Suite 1400
1620 Dodge Street
Omaha, NE  68102-1506