# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1383

United States of America

Plaintiff - Appellee

v.

Zackary Austin, also known as slutcpl, also known as kinky_cpl

Defendant - Appellant

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00105-JFB-2)

**JUDGMENT**

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the denial of Austin's motion for compassionate release is summarily affirmed. See Eighth Circuit Rule 47A(a).

March 09, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans