# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 09, 2023

Zackary Austin
FEDERAL CORRECTIONAL INSTITUTION
46426-048
3600 Guard Road
Lompoc, CA  93436-0000

RE:  23-1383  United States v. Zackary Austin

Dear Mr. Austin:

  Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                 Michael E. Gans
                 Clerk of Court

CRJ

Enclosure(s)

cc: Ms. Jennifer L. Gilg
   Ms. Denise M. Lucks
   Mr. Michael P. Norris

  District Court/Agency Case Number(s):   8:13-cr-00105-JFB-2