# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1383

United States of America

Appellee

v.

Zackary Austin, also known as slutcpl, also known as kinky_cpl

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00105-JFB-2)

---

**MANDATE**

In accordance with the judgment of March 9, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 06, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit